Central Illinois Electric and Gas Company, appellant, v. Central Utilities Corporation, appellee. Gen. No. 8,750.

Opinion filed October 13, 1933.

Acton, Acton & Baldwin and Frank P. Abbott, for appellant. Gunn, Penwell & Lindley, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Clara Upton, appellee, v. The Security Benefit Association, appellant. Gen. No. 8,756.

Opinion filed October 13, 1933. Rehearing denied January 4, 1934.

Roger E. Chapin, A. W. Fulton and Jos. F. Sheen, for appellant. John G. Friedmeyer, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

Georgia D. Nunes, plaintiff in error, v. National Fire Insurance Company of Hartford, defendant in error. Gen. No. 8,759.

Opinion filed October 13, 1933.

Hairgrove & Absher, for plaintiff in error. Frank R. Sullivan and T. J. Sullivan, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Glenn Seymour, administrator of the estate of Walter Seymour, deceased, appellee, v. Chicago and Eastern Illinois Railway Company, appellant. Gen. No. 8,680.

Opinion filed October 13, 1933.

Acton, Acton & Baldwin, for appellant; K. L. Richmond and W. M. Acton, of counsel. Jesse Young and Charles Troup, for appellee.

Per curiam.